UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MILTON WILLIAMS, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

        v.

WHITE FLOWER FARM, INC.,

        Defendant.

------------------------------------x

No.: 1:21-cv-512

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Milton Williams, On Behalf of Himself and All Other Persons Similarly Situated in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    Jeffrey M. Gottlieb, Esq., (JG-7905)
    Gottlieb & Associates
    150 East 18th Street, Suite PHR
    New York, NY 10003
    Phone: (212) 228-9795
    Fax: (212) 982-6284
    Jeffrey@Gottlieb.legal

Dated: New York, New York
       January 20, 2021

          Respectfully submitted,

          **GOTTLIEB & ASSOCIATES**

          By: */s/Jeffrey M. Gottlieb, Esq.*
              Jeffrey M. Gottlieb, Esq.