```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
MILTON WILLIAMS, *on behalf of himself and all other* :
*persons similarly situated*, :
: 1:21-cv-00512-GHW
Plaintiff, :
: <u>MEDIATION REFERRAL</u>
-against- : <u>ORDER</u>
:
WHITE FLOWER FARM, INC., :
:
Defendant. :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled for **April 27, 2021 at 4:30 p.m** by separate Order to be entered today. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: January 21, 2021

_____
GREGORY H. WOODS
United States District Judge