MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021
```

**GOTTLIEB & ASSOCIATES**
ATTORNEYS
150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

April 19, 2021

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re: *Williams v. White Flower Farm, Inc.*,
        Case No.: 1:21-cv-512

Dear Judge Woods,

  The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, White Flower Farm, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for April 27, 2021, at 4:30 PM (Dkt. 6) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action. Additionally, the undersigned respectfully requests Your Honor's Mediation Order deadline (Dkt. 7) be extended for 60 days. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

              Respectfully submitted,

              GOTTLIEB & ASSOCIATES

              */s/Michael A. LaBollita, Esq.*
              Michael A. LaBollita, Esq.

Application granted. The initial pre-trial conference scheduled for April 27, 2021 is adjourned to June 28, 2021 at 10:00 a.m. The mediation referred to in Dkt. No. 7 should take place at least two weeks prior to that date. The joint letter and case management plan described in the Court's January 22, 2021 order, Dkt. No. 6, are due no later than June 22, 2021.
SO ORDERED.

Dated: April 19, 2021
New York, New York

              _____
              GREGORY H. WOODS
              United States District Judge