

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2021

**Damian K. Gunningsmith**
Partner
Direct: 203-784-3185
Fax: 203-784-3199
dgunningsmith@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06509

# MEMORANDUM ENDORSED

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
U.S. District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Williams v. White Flower Farm, Inc.*, Case No. 1:21-cv-00512-GHW-KHP

Dear Judge Woods:

     I am counsel to Defendant White Flower Farm, Inc. in this matter. Pursuant to Your Honor's Individual Practice Rule 1(E), White Flower Farm is requesting on consent a 30-day adjournment of the Intial Pretrial Conference. The current date for the Intial Pretrial Conference is June 28, 2021 at 10:00 a.m. (ECF No. 9.) The Plaintiff previously requested an adjournment of the Initial Pretrial Conference, which was granted. (*Id.*) White Flower Farm is requesting this adjournment on consent to allow time for the parties to complete mediation. The parties initiated mediation on June 14, 2021. During the mediation, the parties agreed to adjourn the mediation, to be completed in the following 30 days. The Plaintiff consents to this requested adjournment. Therefore, White Flower Farm respectfully requests that the Court adjourn the Initial Pretrial Conference for 30 days.

                         Respectfully submitted,

                         */s/ Damian K. Gunningsmith*

                         Damian K. Gunningsmith

DKG/tia
cc: Magistrate Judge Katharine H. Parker (via ECF)
     Counsel of Record (via ECF)

> Application granted. The conference set for June 28, 2021 is adjourned to July 29, 2021 at 3:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.
>
> The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.
>
> SO ORDERED.
>
> Dated: June 21, 2021
> New York, New York
>
>                                     GREGORY H. WOODS
>                                     United States District Judge

{N5772986}